THE PEOPLE ex rel. JOSEPH C. HIGGINS, Appellant, *v.* HUGH J. GRANT, Mayor, etc., et al., Respondents.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 13, 1891, which dismissed a writ of certiorari and affirmed proceedings by which the relator was removed from the office of clerk to the Supervisor of the City Record.

*James F. Higgins* for appellant.

*David J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.